IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TAMEKIA S. PARKER, INDIVIDUALLY
AND AS NEXT FRIEND OF A. S., a minor,
W. A. W., a minor, T.S., a minor, L. S., a minor,
and J. S., A MINOR     PLAINTIFFS

VS.     CIVIL ACTION NO. 5:09cv175-DCB-JMR

BELLSOUTH TELECOMMUNICATIONS, INC.
d/b/a AT&T MISSISSIPPI, AT&T OF THE SOUTH
CENTRAL STATES, LLC and JOHN DOES, 1-5     DEFENDANTS

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, which provides that any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned, and the undersigned, having carefully reviewed this matter and being advised by the parties of the nature of this case, finds that there are certain non-waiveable grounds under 28 U.S.C. § 455(b) which would require that I be disqualified from further participation in this case. I therefore recuse myself from this case.

The Clerk of the Court is hereby directed to reassign this case to another Judge in accordance with the Court's practice and procedure.

SO ORDERED this the 22nd day of October, 2009.

    s/David Bramlette
    UNITED STATES DISTRICT JUDGE